Rec # 6750
12/7/09
$577.19

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE:                                                       BK NO. 06-20569

GEORGE J HARRINGTON, III
       Debtor(s)

--------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    George J Harrington, III
    2 Hyacinth Lane
    Fairport NY 14450

2. Your Trustee's check for $577.19, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: December 2, 2009
      Rochester, NY                                      /s/_____
                                                          GEORGE M. REIBER, TRUSTEE



FILED DEC - 7 2009
BANKRUPTCY COURT
ROCHESTER, NY